# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID MCCOY, | ) |
| *Plaintiff*, | ) |
| | ) Case No. 1:25-cv-3531 |
| v. | ) |
| YELP INC, | ) |
| *Defendant*. | ) |

## YELP INC.'S MOTION TO DISMISS

Pursuant to Fed. R. Civ. P. 12(b)(6), Defendant Yelp Inc., by and through undersigned counsel, hereby moves to dismiss Plaintiff's Complaint for failure to state a claim upon which relief can be granted, as more particularly described in the Memorandum in Support filed contemporaneously with this motion.

Dated: October 9, 2025

Respectfully submitted,

/s/ Serine Consolino
Serine Consolino (Bar No. 1033847)
Sherry Yu (pro hac vice forthcoming)
AEGIS LAW GROUP LLP
801 Pennsylvania Avenue, N.W., Suite 740
Washington, D.C. 20004
Tel: (202) 706-7031
Fax: (202) 735-5071
sconsolino@aegislawgroup.com
syu@aegislawgroup.com

*Counsel for Defendant Yelp Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 9, 2025, I caused the foregoing document to be sent by email and first-class United States mail, postage pre-paid, to Plaintiff's counsel at the following address:

John L R Poindexter
1629 K Street NW Suite 300
Washington, DC 20006
John@poindexterlawfirm.com

/s/ Serine Consolino
Serine Consolino