UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DAVID McCOY,
Plaintiff,

v.                              Civil Action No. 1:25-cv-03531-ZMF

YELP, INC.,
Defendant.

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION TO DEFENDANT'S MOTION TO DISMISS**

Plaintiff, by and through undersigned counsel, respectfully moves this Court for an extension of time to file his Opposition to Defendant's Motion to Dismiss. This motion is made pursuant to Federal Rule of Civil Procedure 6(b)(1)(B) and Local Civil Rule 7, as the current deadline expires today, and good cause and excusable neglect support the requested extension.

1. Defendant filed its Motion to Dismiss on October 9, 2025. Plaintiff's Opposition is currently due on November 17, 2025, under the Local Rules.
2. Undersigned counsel, Vanessa-Nola Pratt, entered her appearance on behalf of Plaintiff on November 17, 2025. Counsel requires additional time to review the record, analyze the issues raised in the Motion to Dismiss, and prepare a thorough and helpful Opposition.
3. Plaintiff respectfully requests a brief extension of seven (7) days, up to and including November 24, 2025, to file her Opposition.
4. This request is made in good faith and not for the purpose of delay. No party will be prejudiced by the requested extension, which will assist the Court by ensuring full briefing of the issues.

WHEREFORE, Plaintiff respectfully requests that the Court grant this Motion and extend the deadline for Plaintiff to file his Opposition to Defendant's Motion to Dismiss to and including November 24, 2025, and grant such other relief as the Court deems just and proper.

Respectfully submitted,

_____
Vanessa-Nola Pratt, Esq.
Managing Attorney
The V-Law Group, PLLC
1629 K Street, NW, Suite 300
Washington, D.C. 20006
Tel: (202) 508-8259
Email: vanessa.pratt@v-lawgroup.com
www.v-lawgroup.com
Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of November 2025, I caused the foregoing Motion for Extension of Time to be filed via the Court's CM/ECF system, which will send notification of such filing to all counsel of record.

_____
Vanessa-Nola Pratt, Esq.