UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**DAVID McCOY,**
**Plaintiff,**

**v.**                    Civil Action No. 1:25-cv-03531-ZMF

**YELP, INC.,**
**Defendant.**

## ORDER

Upon consideration of Plaintiff's Motion for Extension of Time to File Opposition to Defendant's Motion to Dismiss, and the entire record herein, it is hereby ORDERED that:

1. Plaintiff's Motion is **GRANTED**;
2. Plaintiff shall file his Opposition to Defendant's Motion to Dismiss on or before November 24, 2025.

**SO ORDERED**.

Date: November 18, 2025

ZIA M. FARUQUI
United States Magistrate Judge